McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN K. HEDEEN,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CIV-S-03-1408 DAD<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND ONE HUNDRED AND 00/100 DOLLARS ($4,100.00).  This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

/////

This stipulation constitutes a compromise settlement of plaintiff's request for all fees and costs under the EAJA, and does not constitute an admission of liability on the part of defendant under the EAJA. Payment of the FOUR THOUSAND ONE HUNDRED AND 00/100 DOLLARS ($4,100.00) in fees shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees and costs in connection with this action.

DATED: June 2, 2005         /s/ Bess M. Brewer
                            BESS M. BREWER
                            Attorney at Law

                            Attorney for Plaintiff

DATED: June 2, 2005         McGREGOR W. SCOTT
                            United States Attorney


                        By: /s/ Bobbie J. Montoya
                            BOBBIE J. MONTOYA
                            Assistant U. S. Attorney

                            Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

NANCY M. LISEWSKI
Assistant Regional Counsel

Social Security Administration

---

Re:  KAREN K. HEDEEN v. JO ANNE B. BARNHART, Civ-s-03-1408 DAD, Stipulation and Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

**ORDER**

Upon stipulation of the parties, plaintiff in Civ-S-03-1408 DAD, <u>KAREN K. HEDEEN v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $4,100.00, pursuant to the Equal Access to Justice Act.

APPROVED AND SO ORDERED.

DATED: June 6, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/hedeen1408.stipord.attyfee